# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                 Case No. 15-31787-DHW
                                             Chapter 13

MARLENA MILES,

     Debtor.

## ORDER TERMINATING STAY

Ford Motor Credit Company filed a motion (Doc. # 18) for relief from the automatic stay imposed by 11 U.S.C. § 362(a) to enforce a lien on the property, a 2014 Ford Mustang, described in the motion. The motion came on for hearing on October 26, 2015. The debtor could offer no defense. Accordingly, it is

ORDERED that the stay is TERMINATED to allow the creditor to enforce its lien on the property described in the motion. It is

FURTHER ORDERED that any allowed claim of this creditor secured by property referenced in the motion is REDUCED to the amount paid on the claim by the chapter 13 trustee without prejudice to the creditor to amend the claim to reflect the sales proceeds received on disposition of the collateral.

Done this the 26th day of October, 2015.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:  Debtor
     Richard D. Shinbaum, Attorney for Debtor
     Leonard N. Math, Attorney for Creditor
     Ford Motor Credit Company, Creditor
     Curtis C. Reding, Trustee